IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00226-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHENGYANG ZHOU,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 129]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the United States' Motion to Dismiss Counts [Docket No. 129] is granted. Counts 1 - 40 and Counts 42 - 59 of the Superseding Indictment and all counts of the Indictment are dismissed as to defendant Shengyang Zhou.

DATED June 2, 2011.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge